```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 24594
   CHARISSEE CAPUTO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8687

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 09/17/2008 and was not confirmed.

   The case was dismissed without confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
SAXON MORTGAGE SERVICES  CURRENT MORTG         .00          .00           .00
ECAST SETTLEMENT CORP    UNSECURED         3175.95          .00           .00
CHASE BANK USA NA        UNSECURED         1432.90          .00           .00
LEE BATTAGLIA            UNSECURED        NOT FILED         .00           .00
NATIONAL CITY            UNSECURED        NOT FILED         .00           .00
SUE TRIPTOW              UNSECURED        33797.50          .00           .00
WASHINGTON MUTUAL FINANC UNSECURED        NOT FILED         .00           .00
LEE BATTAGLIA            NOTICE ONLY      NOT FILED         .00           .00
SAXON MORTGAGE SERVICES  MORTGAGE NOTI    NOT FILED         .00           .00
OTTENHEIMER TEPLINSKY &  DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                         .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 24594 CHARISSEE CAPUTO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```